UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RONNYS BATISTA FLORES,                    )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        No. 3:24-CV-176-DCP
                                          )
UNITED PARCEL SERVICE, INC.,              )
*et al.*,                                 )
                                          )
            Defendants.                   )

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 25].

Now before the Court is Counter-Defendant Ronnys Batista Flores' ("Counter-Defendant Flores") Motion for Extension of Time to File Status Report [Doc. 53]. The Court had previously granted Defendants Malcom Dillon and Lori Dillons ("Defendants") then-counsel's request to withdraw as counsel of record [Doc. 50 p. 2]. The Court gave Defendants 90 days to retain new counsel and warned them to the extent that they did not retain counsel, they would be deemed to be proceeding pro se in this matter [*Id.*]. The Court stayed the matter for 90 days and ordered the parties to file a joint status report on or before April 8, 2026 [*Id.* at 3].

Counter-Defendant Flores now requests a two-week extension to file a joint status report. He notes that "[n]o attorney has made an appearance on behalf of [Defendants] as of April 7, 2026," but that "[Defendant] Malcom Dillon, informed counsel for Counter-Defendant that he had a new lawyer" [Doc. 53 ¶¶ 3, 4]. Counter-Defendant Flores represents that at the time he filed the motion, he had "not received contact information for [Defendants'] new attorney" and

"[a]ccordingly, the parties are unable to discuss the status of this case and prepare the appropriate status report" [*Id.* ¶ 6].

For good cause shown, the Court **GRANTS** Counter-Defendant Flores' Motion for Extension of Time to File Status Report [**Doc. 53**]. The joint status report **SHALL** be filed on or before **April 22, 2026.** Defendants are once again reminded that if they have not retained new counsel by April 22, 2026, the Court will **DEEM** them to be proceeding pro se. The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Defendants at their address provided in the Motion to Withdraw and to update ECF accordingly.

      **IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

2